IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ DISTRICT OF GEORGIA
_____AUGUSTA_____ DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL -9 AM 9:11

CLERK_____
SO. DIST. OF GA.

__JEREMY JOHN WELLS__
(Plaintiff/Petitioner)

vs.

__WARDEN PHILBIN__

__UNIT MANG. BROWN__

__Correction Officer FLUKER__

(Defendant(s)/Respondent(s))

CIVIL ACTION NO:

__CV120- 097__

MOTION TO PROCEED

WITHOUT PREPAYMENT OF FEES

AND AFFIDAVIT

I, __JEREMY JOHN WELLS__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case. As such, I motion to the Court to be allowed to proceed without the requirement to pre-pay fees or costs or give security due to my poverty which results in my inability to pay the costs of said proceeding or to give security. For this reason, I believe I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?   Yes ☐   No ☒

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   __N/A__

   b. If the answer is no, state the date you last worked and the amount of salary or wages per month which you received.

   __FEb OF 2019   Approx $6500⁰⁰ MONTh__

2. Have you received within the past TWELVE (12) months any money from any of the following sources?

   a. Business, profession, or form of self-employment?   Yes ☐   No ☒
   b. Pension, annuities, or life insurance payments?   Yes ☐   No ☒
   c. Rent payments, interest, or dividends?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

If the answer to **any** of the above is yes, describe **each source** of money received and state the **amount** received from each during the past TWELVE (12) MONTHS.

N/A

3. Do you have any cash, or do you have money in a checking, savings, or prison account? (You must attach a certificate from prison authorities if you have money in a prison account).

Yes ☐    No ☒  If yes, how much do you have?

$ N/A

4. Do you own any real estate (house and/or property), stocks, bonds, notes, auto-mobiles, or other valuable property, excluding ordinary household goods and furnishings?    Yes ☐ No ☒

   a. If the answer is yes, describe the property and state its approximate value.

N/A

   b. If the answer is yes, list any mortgages, liens, or loans against the property **and** state the amount you owe.

N/A

5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support.

NONE

Signed this 5TH day of JULY, 20 20.

_____
(Signature of Plaintiff)

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN IN THE ATTACHED MOTION/AFFIDAVIT FORM ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES. 18 U.S.C. § 1621 PROVIDES AS FOLLOWS:

> *Whoever -*
>
> *...*
>
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 or title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*
>
> *is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this \_\_\_5TH\_\_\_ day of \_\_\_JULY\_\_\_, 20\_20\_.

_____
(Signature of Plaintiff)

To Honorable Clerk of Court,

If you could please send a time/date stamped proof of reciept. I am not sure my mail is getting out. And I am currently in Protective Custody in Lock Up but they are talking about putting me back into general population and right back in danger. Could you please get this processed so that I might get an order from the Judge for the prison to keep me from being put right back in danger.

Thank you for your assistance in this most pressing matter.

Sincerly,

Jeremy Wells 1002755140
Augusta State Medical Prison
3001 Gordon Hwy
Grovetown GA 30813