IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY JOHN WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-097 |
| | ) | |
| WARDEN PHILBIN; CLIFFORD BROWN, Unit Manager; and FNU FLUKER.[1] | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court **VACATES** its July 9, 2020 Order granting Plaintiff permission to proceed *in forma pauperis* ("IFP"). (Doc. no. 3.) The Court **DIRECTS** the **CLERK** to reopen the IFP motion and refer it to the undersigned. The Court addresses Plaintiff's request to proceed IFP in a simultaneously entered Report and Recommendation.

SO ORDERED this 12th day of November, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The Court **DIRECTS** the **CLERK** to update the list of Defendants on the docket in accordance with the caption of this Order, which is consistent with the amended complaint. (Doc. no. 12, pp. 2-3.)