IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JEREMY JOHN WEIIS )
PLAINTIFF )
) CV 120-097
V )
)
WARDEN PHILBIN et AL ) OBJECTION TO REPORT
DEFENDANTS )
) AND RECOMMENDATION

COMES NOW, JEREMY JOHN WEIIS, PLAINTIFF IN OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION. FOR THE FOLLOWING REASON. THE PRISONER LITIGATION REFORM ACT (PLRA) WAS INTENDED TO CURTAIL FRIVOLOUS PRISONER LITIGATION 18 U.S.C. §3626. HOWEVER THE PREVOUS FILINGS THAT THE MAGISTRATE IS APPLYING "STRIKES" TO DO NOT MEET THE STANDARD OF A "STRIKE" ACCORDING TO THE LANGUAGE OF THE PLRA, A COMPLAINT THAT IS DISMISED AS BEING "FRIVOLOUS, MALICIOUS OR FOR FAILURE TO STATE A LEGAL CLAIM" SHOULD BE COUNTED TOWARD BARRING A PRISONER FROM FUTURE FILINGS. THEREFOR ONLY ONE OF THE PAST FILINGS MEET THIS STANDARD THE OTHER TWO PROCEEDED WELL BEYOND THE MAGISTRATE'S R AND R AND WERE LOST ON grounds DIFFERENT FROM THAT WHICH IS CONSIDERED A "STRIKE" BY THE STANDARDS LAYED OUT IN THE PLRA.

WHEREFORE PLAINTIFF WOULD ASK THE COURT TO ALLOW HIM TO PROCEED IN forma PAUPERIS AND PROCEED WITH THE UNFRIVOLOUS CASE BEFORE THIS COURT.

SUBMITTED THIS THE 21ST DAY OF NOVEMBER, 2020.

JEREMY J. WEIS
#1002755140

CERTIFICATE OF SERVICE

I Jeremy John Weis atest under penalty of purjury that u caused to be served a copy of foregoing Objection to magistrates Report and Recommendation upon:

1) Warden Edward Philbin
2) Unit Manager Clifford Brown
3) Officer F/NU Fluker

By placing a copy of motion in a individual envelope and printing the name of each defendant on each envelope and marking each as internal Prison mail and placing them in the Prison mailbox for delivery.

On this the 21st day of November, 2020.

Jeremy John Weis
#1002755140
A.S.M.P
3001 Gordon Hwy
Grovetown GA. 30813

JEREMY WELLS 1002755140
AUGUSTA STATE MEDICAL PRISON
3001 Gordon Hwy
GROVETOWN GA
30813

AUGUSTA GA 309
09 DEC 2020 PM 1 L

CLERK OF COURT
P.O. BOX 1130
AUGUSTA GEORGIA 30903