AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JEREMY JOHN WELLS,

      Plaintiff,

             **v.**

WARDEN PHILBIN; FNU BROWN,
Unit Manager; and FNU FLUKER,
Correction Officer,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  CV 120-097

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of December 18, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Plaintiff's request to proceed in forma pauperis is DENIED, this action is DISMISSED without prejudice, and this civil action stands CLOSED.

12/18/2020
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

*Tara H. Burton*
_____
*(By) Deputy Clerk*

GAS Rev 10/2020