IN THE SOUTHERN DISTRICT OF THE STATE OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY JOHN WELLS<br>PLAINTIFF<br><br>VS<br><br>WARDEN PHILBIN ET AL<br>DEFENDANTS | ) ) ) ) ) ) ) ) ) | CV 120 897<br><br>NOTICE OF APPEAL |

NOW COMES JEREMY JOHN WELLS PLAINTIFF AND GIVES NOTICE OF APPEAL AS TO ALL DEFENDANTS TO THE UNITED STATES COURT OF APPEALS. PLAINTIFF ALLEGES THE COURT ERRORED IN COUNTING FORMER CIVIL ACTION AS "STRIKES". PLAINTIFF ASSERTS THAT ONLY THE ONE CASE THAT WAS DISMISSED AS FAILURE TO STATE A CLAIM SHOULD BE THE ONLY STRIKE AGAINST HIM IN ACCORDANCE WITH THE LANGUAGE IN THE PRISONER LITIGATION REFORM ACT.

SIGNED THIS THE 14TH DAY OF JANUARY 2021.

JEREMY JOHN WELLS
1002755140
3001 Gordon Hwy
Grovetown GA
30813

Certificate of Service

I, JEREMY JOHN WELLS, PLEDGE UNDER PENALTY OF PURJURY THAT I PLACED THIS NOTICE OF APPEAL IN THE PRISON MAILBOX WITH ATTACHED INDIGENT FORM AND THE PRISON WILL AFFIX 1ST CLASS POSTAGE ACCORDING TO GEORGIA STATE PRISON RULES AND REGULATIONS ON THIS THE 14TH DAY OF JANUARY 2021.

JEREMY JOHN WELLS
1002755140

JEREMY WELLS 1002755140
AUGUSTA STATE MEDICAL PRISON
3001 Gordon HWY
GROVETOWN GA
          30813

CLERK OF COURT
P.O. BOX 1130
AUGUSTA GA 30903