AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEREMY JOHN WELLS,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 120-097

WARDEN PHILBIN; CLIFFORD
BROWN, Unit Manager; and
FNU FLUKER,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's April 28, 2023 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, Plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief may be granted.  This case stands closed.



| 4/28/2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020